## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>Jointly Administered |
| LUC A. DESPINS, CHAPTER 11 TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>FLAT RATE MOVERS, LTD,<br><br>Defendant. | Adv. Proceeding No. 24-05141 (JAM) |

## **DEFENDANT'S MOTION TO DISMISS COMPLAINT**

As directed by the Order Further Amending Avoidance Action Procedures Order and Scheduling Joint Briefing of Motions to Dismiss and Motions for Judgment on the Pleadings (Case No. 22-50073 (JAM), ECF No. 3577) (the "Kwok Proceeding"), defendant, Flat Rate Movers, Ltd. ("Flat Rate"), by and through its undersigned attorneys, hereby files this Motion to Dismiss Complaint (the "Motion") for the reasons set forth more fully in the Memorandum of Law filed in the Kwok Proceeding substantially contemporaneously herewith. (Case No. 22-50073 (JAM), ECF No. 3713).

---

[1] The Debtors are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

ORAL ARGUMENT REQUESTED

Flat Rate respectfully requests that the Motion be granted and that all causes of action asserted against it be dismissed with prejudice pursuant to Fed. R. Civ. P. 12(b)(6) and Fed. R. Civ. P. 12(b)(1), made applicable to this adversary proceeding by Fed. R. Bankr. P. 7012, due to Plaintiff's failure to plead facts sufficient to state plausible claims for which relief can be granted, lack of standing, and for such additional relief as the Court deems appropriate.

Dated: October 18, 2024

By: */s/ James J. Costello, Jr.*
James J. Costello, Jr., Esq. (ct. 309468)
NORRIS McLAUGHLIN, P.A.
400 Crossing Boulevard, 8th Floor
Bridgwater, New Jersey 08807-5933
Email: jjcostellojr@norris-law.com
Phone: (908) 252-4315
*Attorneys for Flat Rate Movers, Ltd.*

## **CERTIFICATION**

I hereby certify that on October 18, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

By: */s/ James J. Costello, Jr.*
James J. Costello, Jr.