# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, *et al.*, | Case No. 22-50073 (JAM) |
| Debtors.[1] | Jointly Administered |
| | |
| LUC A. DESPINS, CHAPTER 11 TRUSTEE, | |
| Plaintiff, | |
| v. | Adv. Proceeding No. 24-05141 (JAM) |
| FLAT RATE MOVERS, LTD, | |
| Defendant. | |

## **FED. R. CIV. P. 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Flat Rate Movers, Ltd. ("Flat Rate"), hereby states that:

1. Flat Rate has no parent company; and

2. No publicly held corporation owns ten (10%) percent or more of the shares of Flat Rate.

---

[1] The Debtors are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

Dated: October 18, 2024

>By: */s/ James J. Costello, Jr.*
>James J. Costello, Jr., Esq. (ct. 309468)
>NORRIS McLAUGHLIN, P.A.
>400 Crossing Boulevard, 8th Floor
>Bridgwater, New Jersey 08807-5933
>Email: jjcostellojr@norris-law.com
>Phone: (908) 252-4315
>*Attorneys for Flat Rate Movers, Ltd.*

**<u>CERTIFICATION</u>**

I hereby certify that on October 18, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

By: */s/ James J. Costello, Jr.*
James J. Costello, Jr.