UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

------------------------------------------------------x
                                              :
In re:                                 :        Chapter 11

HO WAN KWOK, *et al.*,[1]             :        Case No. 22-50073 (JAM)

                    Debtors.       :        (Jointly Administered)
------------------------------------------------------x
                                            :
LUC A. DESPINS, CHAPTER 11     :
TRUSTEE,                                :
                                            :        Adv. Proceeding No. 24-05141
                  Plaintiff,     :
v.                                             :

FLAT RATE MOVERS, LTD.,        :

                  Defendant.   :
------------------------------------------------------x

## OBJECTION TO MOTION TO DISMISS ADVERSARY PROCEEDING

Pursuant to the Court's *Order Further Amending Avoidance Action Procedures Order and Scheduling Joint Briefing of Motions to Dismiss and Motions for Judgment on the Pleadings* [case no. 22-50073 Docket No. 3577], Luc A. Despins, in his capacity as Chapter 11 Trustee (the "Trustee") appointed in the Chapter 11 Case, hereby respectfully objects to defendant Flat Rate Movers, Ltd's *Motion to Dismiss Adversary Proceeding* [Adv. Docket No. 19] (the "Motion"), for

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

the reasons set forth in the Trustee's *Objection to Joint Defendants' Omnibus Memorandum in Support of Motions to Dismiss or for Judgment on the Pleadings* (the "Opposition to Joint Brief") filed today by the Trustee in the Chapter 11 Case.

*[THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK.]*

WHEREFORE, for the reasons stated in the Trustee's Opposition to Joint Brief, the Court should deny the Motion and order such other and further relief as is just and proper.

Dated:  November 8, 2024                     LUC A. DESPINS
        New Haven, CT                             CHAPTER 11 TRUSTEE

                                  By: /s/  *Patrick R. Linsey*
                                       Douglas S. Skalka (ct00616)
                                       Patrick R. Linsey (ct29437)
                                       NEUBERT, PEPE & MONTEITH, P.C.
                                       195 Church Street, 13th Floor
                                       New Haven, Connecticut 06510
                                       (203) 781-2847
                                       dskalka@npmlaw.com
                                       plinsey@npmlaw.com
                                       *Counsel for the Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

```
-------------------------------------------------x
                                                 :
In re:                                           :   Chapter 11
                                                 :
HO WAN KWOK, et al.,¹                            :   Case No. 22-50073 (JAM)
                                                 :
                Debtors.                         :   (Jointly Administered)
                                                 :
-------------------------------------------------x
                                                 :
LUC A. DESPINS, CHAPTER 11                       :
TRUSTEE,                                         :
                                                 :
                                                 :   Adv. Proceeding No. 24-05141
                Plaintiff,                       :
v.                                               :
                                                 :
                                                 :
FLAT RATE MOVERS, LTD.,                          :
                                                 :
                Defendant.                       :
                                                 :
-------------------------------------------------x
```

## **CERTIFICATE OF SERVICE**

The foregoing was filed on this date in the above-captioned adversary proceeding (the "Adversary Proceeding"). Notice of the foregoing was sent automatically to all parties appearing in the Adversary Proceeding automatically via the Court's case management/electronic case files system.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

2

Dated:  November 8, 2024
  New Haven, CT

By: /s/  *Patrick R. Linsey*
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
plinsey@npmlaw.com